## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**FINEMAN KREKSTEIN & HARRIS, P.C.**
*A Pennsylvania Professional Corporation*
BY    RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
       GRAEME E. HOGAN, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
mlittman@finemanlawfirm.com
ghogan@finemanlawfirm.com
**Attorneys for Defendant Stellar Recovery, Inc.**

| | | |
|---|---|---|
| DERRICK SIMS, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff | : : | |
| v. | : : | |
| STELLAR RECOVERY, INC., and JOHN DOES 1-25, | : : : | |
| Defendants | : : | NO. 2:17-cv-01942-JLL-SCM |

### MOTION OF FINEMAN KREKSTEIN & HARRIS, P.C.
### FOR LEAVE TO WITHDRAW AS COUNSEL

**COUNSEL:**

**PLEASE TAKE NOTICE** that on March 14, 2018, Fineman Krekstein & Harris, P.C. shall move this Court for leave to withdraw as counsel for Defendant Stellar Recovery, Inc. ("Defendant").\[1]

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely on the Memorandum of Law submitted in support of this Motion.

---

[1]/    This date was set pursuant to this Court's January 30, 2018 Order. (Doc. 16)

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

                FINEMAN KREKSTEIN & HARRIS, P.C.

By:     /S/ Monica M. Littman
RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
mlittman@finemanlawfirm.com
Attorneys for Defendant

Dated:   February 23, 2018

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system, or by first class mail, postage prepaid, and/or email or telecopy on the following:

>Ari Hillel Marcus, Esquire
>Yitzchak Zelman, Esquire
>Marcus & Zelman, LLC
>1500 Allaire Avenue, Suite 101
>Ocean, NJ  07712
>(v) 732-695-3282; (f) 732-298-6256
>ari@marcuszelman.com;  yzelman@marcuszelman.com
>Attorneys for Plaintiff

>        /S/ Monica M. Littman
>MONICA M. LITTMAN, ESQUIRE

Dated:   February 23, 2018