**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DERRICK SIMS, individually and on behalf of all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>STELLAR RECOVERY, INC., and JOHN DOES 1-25,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. 2:17-cv-01942-JLL-SCM |

**O R D E R**

AND NOW, this           day of                , 2018, upon consideration of Fineman Krekstein & Harris, P.C.'s Motion for Leave to Withdraw as Counsel; opposition, if any; argument of counsel, if any; and for good cause shown, it is hereby

**ORDERED** that Fineman Krekstein & Harris, P.C.'s Motion to Withdraw as Counsel is **GRANTED**.

BY THE COURT:

_____
                                                                         J.

{01381308;v1}